IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADRIAN CARRILLO TREVIZO,<br>Petitioner, | §<br>§<br>§ | |
| V. | §<br>§ | No. 3:26-CV-0039-E-BW |
| KRISTI NOEM, et al.,<br>Respondents. | §<br>§<br>§ | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should deny Petitioner Adrian Carrillo Trevizo's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and deny the motion for a temporary restraining order ("TRO"). No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **DENIES** Petitioner's habeas petition (Dkt. No. 1) and **DENIES** the Motion for TRO (Dkt. No. 7). The Court will by separate order enter judgment **DISMISSING** Petitioner's habeas claims with prejudice.

**SO ORDERED** on this 18th day of May, 2026.

Ada Brown
UNITED STATES DISTRICT JUDGE